IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RAYMOND SCOTT, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | NO. 19-580 |
| ANDREW SAUL,[1] | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## **ORDER**

**AND NOW**, this 13th day of December, 2019, upon consideration of Plaintiff's Request for Review (Doc. No. 11), the Defendant's Response thereto (Doc. No. 14), and Plaintiff's Reply (Doc. No. 15), IT IS HEREBY ORDERED that:

1. Plaintiff's Request for Review is DENIED and DISMISSED;

2. JUDGMENT IS ENTERED in favor of Defendant; and

3. The Clerk of the Court shall mark this case CLOSED.

BY THE COURT:


*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew Saul, the current Commissioner of Social Security, has been automatically substituted as the Defendant in this case pursuant to Fed. R. Civ. P. 25(d).